IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **ADAM HOLLAND,** | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:18-CV-625-JDK |
| **R & R COLLECTION SERVICE, INC.,** | § § § | |
| Defendant. | § § | |

# FINAL JUDGMENT

Pursuant to the Parties' Joint Stipulation for Dismissal with Prejudice (Docket No. 17), the Court hereby enters Final Judgment.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that each party shall bear its own attorney's fees and costs.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

**So ordered and signed on this**
Apr 26, 2019

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE